IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

LISA G. WRIGHT,
    Plaintiff,

v.    Civil Action No. 7:15-cv-00224

MOUNTAIN VIEW LAWN CARE, LLC, et al.,    By:  Hon. Michael F. Urbanski
    Defendants.                                          United States District Judge

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, defendant U.S. Lawns, Inc.'s motion to dismiss (ECF No. 9), which the court converts to a motion for summary judgment, is **GRANTED**, plaintiff's claims against U.S. Lawns are **DISMISSED**.

As plaintiff's claims against defendant Mountain View Lawn Care, LLC previously have been dismissed with prejudice, Mountain View's pending motion to dismiss (ECF No. 5) is **DENIED as moot**.

There being no surviving claims, this matter is hereby **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: March 11, 2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge